IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANTOS QUINTEROS )
 )
and )
 )
RUDI VENTURA, )
 )
    Plaintiffs, )
v. ) Case No. 14-cv-02062 JDB
 )
SOLAR SOLUTION, LLC, )
 )
    Defendant. )

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

The parties, through counsel, based on a settlement, file this joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO ORDERED.

Date: May 15, 2015

_____
The Honorable John D. Bates
United States District Judge